**DISMISS and Opinion Filed August 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00591-CR**

**JOSE EDUARDO ANGUIANO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59903-P**

**MEMORANDUM OPINION**

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

After the Texas Court of Criminal Appeals granted Jose Eduardo Anguiano an out of time appeal, Bruce Anton filed a notice of appeal on appellant's behalf. Shortly thereafter, Michael Casillas was appointed to represent appellant and likewise filed a notice of appeal.

Because the notices were timely, we informed both attorneys of the duplicative filings and asked them to inform the Court which attorney will represent appellant in his direct appeal. Both agreed that Mr. Casillas will represent appellant and that the later-filed appeal (05-21-00685-CR) will proceed.

In light of this, we dismiss this appeal.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210591F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOSE EDUARDO ANGUIANO,
Appellant

No. 05-21-00591-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F16-59903-P.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered August 19, 2021